IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:07-CR-04 |
| | ) | |
| ROBERT JINX CASTRO | ) | |

**MEMORANDUM AND ORDER**

This criminal case is before the court on the defendant's motion for a continuance of trial [doc. 16]. The defendant says that a short continuance is necessary to resolve all issues and properly prepare the case for final resolution. The government has no objection to the defendant's motion.

The court finds the defendant's motion well taken, and it will be granted. The court finds that the ends of justice served by granting a short continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The failure to grant the defendant's motion would deny him the opportunity to resolve the issues in this case and prepare for a final resolution. 18 U.S.C. § 3161(h)(8)(B)(iv). Therefore, all the time from the filing of the motion to the new trial date is excludable time within the meaning of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A).

It is hereby **ORDERED** that the defendant's motion is **GRANTED**, and the trial of this criminal case is **CONTINUED** to August 6, 2007, at 1:00 p.m.

ENTER:

　　　　*s/ Leon Jordan*　　
United States District Judge